IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| William Walter McCulley, on behalf of Himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>General Manufactured Housing, Inc., RFE Investment Partners V, L.P., d/b/a RFE Investment Partners and OFSI FUND II, LLC, incorrectly denominated as ORCHARD FIRST SOURCE CAPITAL, INC.,<br><br>Defendants. | * * * * * * * * * * * * * * * | Case Number: CV507-020 |

## STIPULATION DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, upon stipulation of Plaintiff and Defendant General Manufactured Housing, Inc. (Plaintiff having dismissed the Complaint as to the other defendants) it is agreed that the above captioned action is dismissed in its entirety, with prejudice, with each Party to bear its own costs and attorney fees.

This the 26 day of July, 2007.

_____
Brad S. McLelland
Georgia Bar Number: 496898
Attorney for Plaintiff

LAW OFFICE OF BRAD S. MCLELLAND, P.C.
1601 Reynolds Street
Brunswick, Georgia 31520

_____
Neal L. Conner, Jr.
Ga. Bar Number 182000
Attorney for Defendant
General Manufactured Housing, Inc.

KOPP AND CONNER, P.C.
Attorneys at Law
Post Office Box 1279
Waycross, Georgia 31501
(912) 283-4394

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| WILLIAM WALTER MCCULLEY, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action Number:   CV507-020 |
| GENERAL MANUFACTURED HOUSING, INC., RFE INVESTMENT PARTNERS V, L.P., d/b/a RFE INVESTMENT PARTNERS and OFSI FUND II, LLC, incorrectly denominated as ORCHARD FIRST SOURCE CAPITAL, INC. | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Stipulation Dismissal with Prejudice was forwarded this 26 day of July, 2007, by first class mail, postage prepaid to:

>Neal L. Connor, Jr.
>Kopp and Conner, P.C.
>Post Office Box 1278
>Waycross, Georgia 31502
>*Counsel For GMH*

>LAW OFFICE OF BRAD S. McLELLAND, PC

>_____
>Brad S. McLelland
>Attorney for Plaintiff
>Georgia Bar Number 496898

1601 Reynolds Street
Brunswick, Georgia 31520
Telephone: (912) 265-4000
Facsimile: (912) 265-3757