```
                                              FILED
                                        U.S. DISTRICT COURT
                                           SAVANNAH DIV.
        IN THE UNITED STATES DISTRICT COURT FOR
           THE SOUTHERN DISTRICT OF GEORGIA    2007 AUG 24 PM 2:20
                    WAYCROSS DIVISION
                                         CLERK_____M. Santos_____
                                           SO. DIST. OF GA.
```

WILLIAM WALTER MCCULLEY,       )
on behalf of himself and all   )
others similarly situated      )
                               )
            Plaintiff,         )
                               )
vs.                            )    Case No. CV507-20
                               )
GENERAL MANUFACTURED           )
HOUSING, INC., et al.,         )
                               )
            Defendants.        )
_____)

## O R D E R

Before the Court is the parties' "Stipulation of Dismissal." (Doc. 58.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 24th day of August, 2007.

```
                        _____
                        WILLIAM T. MOORE, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA
```