FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 24 PM 2: 20

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| WILLIAM WALTER MCCULLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MANUFACTURED HOUSING, INC., et al.,<br><br>Defendants. | Case No. CV507-20 |

### O R D E R

Before the Court is the parties' "Stipulation of Dismissal." (Doc. 58.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by the plaintiff "by filing a stipulation of dismissal signed by all parties who have appeared in the action." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and each party shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 24th day of August, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA